UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

ISAAC M. COSTELLO,

    Plaintiff,

    v.                                        Case No. 10-C-0290

MICHAEL J. ASTRUE,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) (Doc. #15)**

        This case is before the court pursuant to a joint motion for remand to the Commissioner for further action. Therefore,

        IT IS ORDERED that the joint motion for remand for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) is granted.

        IT IS FURTHER ORDERED that this case is remanded to the Commissioner for a new hearing pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), and issuance of a new decision.

        IT IS FURTHER ORDERED that the ALJ reevaluate the medical opinions of record, in particular, the opinion of Dr. Santino.

        IT IS FURTHER ORDERED that the ALJ reevaluate plaintiff's credibility.

        Dated at Milwaukee, Wisconsin, this 4th day of October, 2010.

                                                  BY THE COURT

                                                  /s/ C. N. Clevert, Jr.
                                                  C. N. CLEVERT, JR.
                                                  CHIEF U.S. DISTRICT JUDGE